IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 17-29101 |
|---|---|---|---|
| **Alexander Morales** | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | A. Benjamin Goldgar |

### NOTICE OF MOTION

**To:**   Alexander Morales, 4919 N. Kentucky #2B, Chicago, IL, 60630

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **November 27, 2018 at 9:30 a.m.** I shall appear before the Honorable Judge **A. Benjamin Goldgar** at 219 S. Dearborn St., Courtroom 642, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

By: _/s/ David Kosk_
David Kosk

### CERTIFICATE OF SERVICE

I, David Kosk, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 11/5/2018.

By: _/s/David Kosk_
David Kosk

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax): 877.247.1960

BK OF AMER
Attn: Bankruptcy Dept.
Po Box 982238
El Paso TX 79998

CBNA
Attn: Bankruptcy Dept.
Po Box 6189
Sioux Falls SD 57117

Citizens Finance
16 M1 500753
111 West Washington Street
Chicago IL 60602

Clerk, First Mun Div
16M1500753
50 W. Washington St., Rm. 1001
Chicago IL 60602

Joseph Parisi
Bankruptcy Dept
10059 S Roberts 1D
Palos Hills IL 60465

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Comenity BANK
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Credit ONE BANK N.A.
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Eimy Vazquez

325 Courtesy Lane
Des Plaines IL 60016

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

KAY Jewelers
Attn: Bankruptcy Dept.
375 Ghent Rd
Fairlawn OH 44333

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

State Farm Auto Claim Central
Attn: Bankruptcy Dept.
2702 Ireland Grove Rd.
PO Box 2308
Bloomington IL 61702

Rathbone Group LLC
Bankruptcy Department1100
Superior Ave E Ste 1850
Cleveland OH 44114

Syncb/OLD NAVY
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/Walmart
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

Synchrony BANK
C/O Portfolio Recovery ASS
120 Corporate Blvd Ste 1
Norfolk VA 23502

Tmobile
C/O Enhanced Recovery CO L
8014 Bayberry Rd
Jacksonville FL 32256

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 17-29101 |
|     Alexander Morales ) | | |
|         Debtor ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | A. Benjamin Goldgar |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Mr. Alexander Morales (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 09/28/2017.

3. The Debtor's plan was confirmed by the Court on 03/20/2018, including a provision requiring the Debtor to turn his federal tax refunds in excess of $1,200 over to the Trustee as additional payments into the plan.

4. The Debtor received a tax refund of $6,025 for tax year 2017, of which he owed the Trustee $4,825.

5. The Debtor spent $3,624.69 of the refund for necessary vehicle repairs. The Debtor also missed work while his vehicle was being repaired and used the rest of his tax refund to pay for his regular living expenses which he would have been otherwise unable to afford while also maintaining his monthly Chapter 13 plan payments. See Exhibit A.

6. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to waive $2,424.69 of the Debtor's 2017 tax refund and to defer the remaining $2,400.31 of the refund to the end of the plan term.

WHEREFORE THE DEBTOR, Mr. Alexander Morales, respectfully requests this Honorable Court enter an order:

1. Waiving the turnover of $2,424.69 of the Debtor's 2017 tax refund,

2. Deferring arrears to the end of the plan term,

3. Any other relief the court deems proper.

**By:** _/s/ David Kosk_
David Kosk

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800 (Fax): 877.247.1960