UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Alexander Morales<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-29101<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The turnover of $2,424.69 of the Debtor's 2017 tax refund is waived.
2. Arrears are deferred to the end of the plan term.

Enter:

United States Bankruptcy Judge

Dated: 27 NOV 2018

**Prepared by:**
David Kosk
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603

Rev: 20170105_bko